JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 695 --     In re Takeoff/Evacuation Incident at Honolulu, Hawaii on November 16, 1984

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/06/18 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- (A-1 thru A-6) filed by Deft. The Timken Company -- SUGGESTED TRANSFEREE DISTRICT: CENTRAL DISTRICT OF CALIFORNIA; SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (rh) |
| 86/06/30 | 2 | LETTER -- (date June 23, 1986) Counsel for United Air Lines (rh) |
| 86/06/30 | | APPEARANCES:  JOHN C. SABETTA, ESQ. FOR The Allied Bendix Corp. SCOTT F. SEABLOM, ESQ. for The Boeing Co. JOSEPH E. GREGORICK, ESQ. For B.F. Goodrich Company DANIEL SIEGEL, ESQ. For Margaret Barkley, et al. LOUIS C. RISHOFF, ESQ. For Ralph Marx, et al. GEORGE C. STAFFORD, ESQ. For Lucille Newman ARTHUR N. HYMAN, ESQ. For Virginia Basham, et al. KENNETH M. HOMSEY, ESQ. For Dennis Szymezak HAROLD V. MCCOY, ESQ. For The Timkin Company JAMES A. GALLAGHER, JR., ESQ. For United Airlines, Inc.  (rh) |
| 86/07/02 | | APPEARANCE: L. RICHARD FRIED, JR., ESQUIRE for Thomas Canaday ET AL. (paa) |
| 86/07/03 | 3 | RESPONSE TO PLDG. #1 -- BOEING COMPANY -- with certificate of service.  (paa) |
| 86/07/03 | 4 | RESPONSE TO PLDG. #1 -- UNITED AIRLINES INC., -- with certificate of service.  (paa) |
| 86/07/03 | 5 | RESPONSE TO PLDG. #1 -- ALLIED CORPORATION -- with certificate of service.  (paa) |
| 86/07/03 | 6 | RESPONSE TO PLDG. #1 -- Plaintiff (A-5) Barkley, et al. -- with certificate of service.  (paa) |
| 86/07/03 | 7 | RESPONSE TO PLDG. #1 -- B.F. GOODRICH -- With Exhibit A & certificate of service.  (paa) |
| 86/07/09 | 8 | RESPONSE TO PLDG. #1 -- Plaintiffs Thomas Canaday, et al. -- w/exhibits and certificate of service. (paa) |
| 86/07/15 | | ORDER CHANGING CAPTION OF LITIGATION -- to In re Takeoff/Evacuation Incident at Honolulu, Hawaii on  November 16, 1984 (caption was In re Air Crash Disaster at Honolulu, Hawaii on November 16, 1984) -- Notified involved counsel (rh) |
| 86/07/15 | 9 | REPLY -- (TO PLDGS. # 3 THRU 8) Defendant The Timken Company -- w/exhibits and cert. of svc. -- (paa) |
| 86/07 | | |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 695 -- In re Takeoff/Evacuation Incident at Honolu, Hawaii, on
November 16, 1984

| Date | No. | Pleading Description |
|------|-----|----------------------|
| 86/08/18 | | HEARING ORDER -- Setting motion of The Timkin Co. for transfer of A-1 thru A-6 -- On September 25, 1986 in Pittsburgh, Pa.,  (paa) |
| 86/09/02 | 10 | SUPPLEMENTAL RESPONSE (to pldg. #1) -- pltfs. Thomas Canaday and Irma Summers -- w/cert. of service  (cds) |
| 86/09/25 | | APPEARANCES FOR HEARING -- Pittsburgh, Pennsylvania on September 25, 1986 -- E. Lee Horton, Esq. for The Timken Company; Joseph E. Gregorich, Esq. for B.F. Goodrich; James A. Gallager, Jr., Esq. for United Air Lines, Inc. |
| 86/09/25 | | WAIVERS FOR ORAL ARGUMENT ON 9/25/86 -- Pittsburgh, Pennsylvania: Wayne K. Kekina, Esq. for Thomas Canaday, et al.; Scott F. Seablom, Esq. for The Boeing Company; Matthew C. Mason, Esq. for Allied Bendix Corporation; George Clinton Stafford, Esq. for Lucille Newman; Louise C. Rishoff, Esq. for Ralph Marx, et al.; Kenneth M. Homsey, Esq. for Dennis Szymezak. (paa) |
| 86/10/07 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Hon. Pamela A. Rymer, C.D. California pursuant to 28 U.S.C. §1407 |
| 86/10/07 | | TRANSFER ORDER -- transferring A-3 thru A-6 to the C.D. California pursuant to 28 U.S.C. §1407 -- Notified involved counsel, misc. recipients, judges and clerks (rh) |
| 87/01/29 | | APPEARANCE:  E. LEE HORTON, ESQ. for The Timken Company. (paa) |
| 87/02/06 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-7 Maggie E. Kahiapo, et al. v. United Airlines, Inc., et al., D. Hawaii, C.A. No. 86-1045; B-8 Mary Lou Barnes v. United Airlines, Inc., et al., D. Hawaii, C.A. No. 86-1046; B-9 Mary Lou Barnes v. United Airlines, Inc., et al., D. Hawaii, C.A. No. 86-1114; B-10 Maggie E. Kahiapo, et al. v. United Airlines, Inc., et al., D. Hawaii, C.A. No. 86-1115; B-11 John Deportillo v. United Airlines, Inc. v. The B.F. Goodrich Co., et al. v. Bendix Aircraft, et al., D. Hawaii, C.A. No. 86-1039 -- Notified involved counsel and judges (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **695**   In re Takeoff/Evacuation Incident at Honolulu, Hawaii, on
November 16, 1984

| Date | Pld. | Pleading Description |
|---|---|---|
| 87/02/24 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-7 Maggie E. Kahiapo, et al. v. United Airlines, Inc., et al., D. Hawaii, C.A. No. 86-1045; B-8 Mary Lou Barnes v. United Airlines, Inc., et al., D. Hawaii, C.A. No. 86-1046; B-9 Mary Lou Barnes v. United Airlines, Inc., et al., D. Hawaii, C.A. No. 86-1114; B-10 Maggie E. Kahiapo, et al. v. United Airlines, Inc., et al., D. Hawaii, C.A. No. 86-1115; B-11 John Deportillo v. United Airlines, Inc. v. The B.F. Goodrich Co., et al. v. Bendix Aircraft, et al., D. Hawaii, C.A. No. 86-1039 -- Notified involved clerks and judges. (tmq) |
| 87/12/30 | 11 | SUGGESTION OF REMAND -- A-3 Thomas Canaday, et al. v. United Airlines, Inc., et al., C.A. No. 86-7026 (D. Hawaii, #85-0444) -- signed by Judge Rymer  (cds) |
| 87/12/30 | 12 | SUGGESTION OF REMAND -- B-7 Maggie E. Kahiapo, et al. v. United Airlines, Inc., et al., C.A. No. 87-1405 (D. Hawaii, #86-1115) -- signed by Judge Rymer  (cds) |
| 87/12/30 | | CONDITIONAL REMAND ORDERS FILED TODAY -- A-3 Thomas Canaday, et al. v. United Airlines, Inc., et al., C.A. No. 86-7026 (D. Hawaii, #85-0444) and B-10 Maggie E. Kahiapo, et al. v. United Airlines, Inc., et al., C.A. No. 87-1405 (D. Hawaii, #86-1115) -- NOTIFIED INVOLVED JUDGE AND COUNSEL  (cds) |
| 88/01/19 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- A-3 **Thomas Canaday, et al.** v. United Airlines, Inc., et al., C.D. Cal., #86-7026 (D. Hawaii, #85-0444); and B-7 B-10 **Maggie E. Kahiapo, et al.** v. United Airlines, Inc., et al., C.D. Cal., #87-1405 (D. Hawaii, #86-1115) -- NOTIFIED INVOLVED JUDGE AND CLERKS (cds) |
| 88/06/22 | 13 | SUGGESTION OF REMAND -- re A-5 and A-6 -- filed in C.D. California and signed by Judge Rymer (cds) |
| 88/06/22 | | CONDITIONAL REMAND ORDERS FILED TODAY -- **A-5** Margaret Barkley,, et al. v. United Airlines, Inc., et al., C.D. Cal., C.A. No. 86-7023 (E.D. New York, #CV85-1637(JBW) and **A-6** Virginia Basham, et al. v. United Airlines, Inc., C.D. Cal., C.A. No. 86-7024 (E.D. New York, #CV86-867(JBW) -- Notified involved judge and counsel  (cds) |

B.4

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 695-- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/07/08 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- **A-5** Margaret Barkley, et al. v. United Airlines, Inc., et al., C.D. California, C.A. No. CV86-7023-PAR (E.D. New York, C.A. No. CV85-1637(JBW)) and **A-6** Virginia Basham, et al. v. United Airlines, Inc., C.D. California, C.A. No. CV86-7024-PAR (E.D. New York, C.A. No. CV86-867(JBW)) -- Notified involved judges and clerks (rh) |
| 88/07/13 | 14 | SUGGESTION OF REMAND -- re **B-11** DePortillo -- signed by Judge Rymer  (cds) |
| 88/07/13 | | CONDITIONAL REMAND ORDER FILED TODAY -- **B-11** John DePortillo v. United Air Lines, Inc. v. The B.F. Goodrich Co., et al. v. Bendex Aircraft, et al., C.D. California, C.A. No. CV-87-1409-PAR (D. Hawaii, C.A. No. 86-1039) -- NOTIFIED INVOLVED JUDGE AND COUNSEL  (cds) |
| 88/07/29 | | CONDITIONAL REMAND ORDER FINAL TODAY -- **B-11** John Deportillo v. United Airlines, Inc., etc. v. The B.F. Goodrich Co., et al. v. Bendix Aircraft, et al., C.D. California, C.A. No. CV-87-1409-PAR (D. Hawaii, C.A. No. 86-1039) -- Notified involved judges and clerks (rh) |
| 89/09/07 | 15 | REASSIGNMENT ORDER -- reassigning litigation to Judge Robert Bonner -- filed in C.D. California, order signed by Manueal L. Real, Chief Judge (dated June 27, 1989) (rh) |
| 89/09/07 | | ORDER REASSIGING LITIGATION -- to Judge Robert Bonner, C.D. California -- (litigation was from Judge Pamela A. Rymer) -- Notified involved judges, clerks and counsel (rh) |
| 89/09/08 | 16 | SUGGESTION OF REMAND -- re A-4 -- signed by Judge Rymer (cds) |
| 89/09/08 | | CONDITIONAL REMAND ORDER -- A-4 Dennis Szymezak v. United Airlines, Inc., et al., C.D. California, C.A. No. CV86-7022 (D. Mass., C.A. No. 86-852-K) -- notified involved judge and counsel  (cds) |
| 89/09/26 | | CONDITIONAL REMAND ORDER FINAL TODAY -- A-4 Dennis Szymezak v. United Airlines, Inc., et al., C.D. California, C.A. No. CV86-7022 (D. Massachusetts, C.A. No. 86-852-K) -- Notified involved clerks and judges.  (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 695 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Takeoff/Evacuation Incident at Honolulu, Hawaii, on November 16, 1984

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| September 25, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | October 7, 1986 | To | Unpublished | C.D. California  973 | ~~Hon. Pamela A. Rymer~~  Hon. Robert Bonner | |

Special Transferee Information

DATE CLOSED: 9/26/89

LISTING OF INVOLVED ACTIONS

JPML FORM 1

DOCKET NO. ___695___ -- In re Takeoff/Evacuation Incident at Honolulu, Hawaii, on November 16, 1984

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lucille Newman v. United Airlines, Inc., et al. | Cal.,C. Rymer | CV85-3145-PAR (Mcx) | | | 9/22/89D | |
| A-2 | Ralph Marx, et al. v. United Airlines, Inc., et al. | Cal.,C. Rymer | CV85-7423-PAR (Mcx) | | | 4/23/87 | |
| A-3 | Thomas Canaday, et al. v. United Airlines, Inc., et al. | Hawaii King | 85-0444 | 10-7-86 | 86-7026 | 1/11/8 | R |
| A-4 | Dennis Szymezak v. United Airlines, Inc. | Mass. Keeton | 86-852-K | 10-7-86 | 86-7002 | 9/26/89 R | R |
| A-5 | Margaret Barkley, et al. v. United Airlines, Inc., et al. | N.Y.,E. Weinstein | CV85-1637(JBW) | 10-7-86 | 86-7003 | 7-8-88R | |
| A-6 | Virginia Basham, et al. v. United Airlines, Inc. | N.Y.,E. Weinstein | CV86-867(JBW) | 10-7-86 | 86-7024 | 7-8-88R | |
| B-7 | Maggie E. Kahiapo, et al. v. United Airlines, Inc., et al. 2-6-87 | D. Hawaii Pence | 86-1045 | 2/24/87 | | 1/19/88R | |
| B-8 | Mary Lou Barnes v. United Airlines, Inc., et al. 2-6-87 | D. Hawaii King | 86-1046 | 2/24/87 | 87- | 1/29/88D | |
| B-9 | Mary Lou Barnes v. United Airlines, Inc., et al. 2-6-87 | D. Hawaii Pence | 86-1114 | 2/24/87 | 87- | 8/31/89D | |
| B-10 | Maggie E. Kahiapo, et al. v. United Airlines, Inc., et al. 2-6-87 | D. Hawaii Pence | 86-1115 | 2/24/87 | 8 | 8/31/89D | |

Case MDL No. 695   Document 1   Filed 06/11/15   Page 7 of 10

DOCKET NO. 695 -- In re Takeoff/Evacuation Incident at Honolulu, Hawaii, on November 16, 1984

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | John Deportillo v. United Airlines, Inc. v. The B.F. Goodrich Co., et al. v. Bendix Aircraft, et al. 2-6-87 | D. Hawaii Fong | 86-1039 | 2/24/87 | 82-409 | 7-29-88 R | |

*July 1987 – 9 TR/2 XX2 / 10 Pdg.*

*1 dis*

*July 1988 – 2 R/ 8 Pending*

*July 1987 – 8 R /2 dis Pending*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  695  -- In re Takeoff/Evacuation Incident at Honolulu, Hawaii on November 16, 1984

LUCILLE NEWMAN (A-1)
George C. Stafford, Esq.
Isreal & Benezra
1545 Wilshire Boulevard
Suite 211
Los Angeles, California  90017

RALPH MARX      (A-2)
Louise O. Rishoff, Esq.
6400 Canoga Avenue
Suite 110
Woodland Hills, California  91367-2498

THOMAS CANADAY, ET AL. (A-3)
L. Richard Fried, Jr., Esq.
1900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813

DENNIS SZYMEZAK (A-4)  Cor. ret.
Kenneth M. Homsey, Esq.
316 Essex Street
Lawrence, Massachusetts  01840

MARGARET BARKLEY, ET AL. (A-5)
Daniel Siegel, Esq.
Kaufman & Siegel
15 East 26th Street
Suite 1710
New York, New York  10010

VIRGINIA BASHAM, ET AL. (A-6)
Arthur N. Hyman, Esq.
Reisler & Silverstein
150 Broadway
New York, New York  10038

THE ALLIED BENDIX CORPORATION
John C. Sabetta, Esq.
Townley & Updike
Chrysler Building
405 Lexington Avenue
New York, New York  10174

B.F. GOODRICH COMPANY
Joseph E. Gregorich, Esq.
Kirtland & Packard
626 Wilshire Boulevard
Los Angeles, California  90017

THE BOEING COMPANY
Scott F. Seablom, Esq.
Perkins & Coie
1900 Washington Bldg.
Seattle, Washington  98101

UNITED AIRLINES, INC.
Jeffrey A. Worthe, Esq.
Chase, Rotchford, Drukker
  & Bogust
120 West 5th Street
3rd Floor
Santa Ana, California  92701

THE TIMKEN COMPANY
E. Lee Horton, Esquire
Belcher, Henzie & Biegenzahn
Security Pacific Plaza, Ste. 3650
333 South Hope Street
Los Angeles, California  90071

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2____

DOCKET NO. _____  -- _____

MARY LOU BARNES (B-9)
Louise C. Rishoff, Esq.
6400 Canoga Avenue
Suite 110
Woodland Hills, CA   91367-2498

BENDIX AIRCRAFT (Deft. in B-7, B-8, B-9, B-11)
Arthur Roeca, Esq.
733 Biship Street
Honolulu, Hawaii   96813

BRAKE AND STRUT DIVISION OF ALLIED
CORP. (Deft. in B-7, B-8, B-9, B-10)
Unable to determine counsel

JOHN DEPORTILLO (B-11)
David M. Robinson, Esq.          Remanded
Glen J. Dryer, Esq.
Robinson & Ferrara
912 Nuuanu Avenue
Honolulu, Hawaii   96817

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 695 -- In re Takeoff/Evacuation Incident at Honolulu, Hawaii on November 16, 1984

| Name of Party | Named as Party in Following Actions |
|---|---|
| United Airlines, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, B-7, B-8, B-9, B-10, B-11 |
| The Timken Company | A-1, A-2, A-3, A-5, B-7, B-8, B-9, B-11 |
| B. F. Goodrich | A-1, A-2, A-3, A-5, B-7, B-8, B-9, B-10, B-11 |
| The Goodyear Tire & Rubber Co. | A-1, A-5 |
| The Boeing Company | A-1, A-3, A-5, B-7, B-8, B-9, B-10, B-11 |
| Allied Bendix Corp. | A-5 |
| The Bendix Aircraft | B-7, B-8, B-9, B-11 |
| Brake and Strut Division of Allied Corp. | B-7, B-8, B-9, B-10 |
| | |
| | |
| | |