JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -7 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 695

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TAKEOFF/EVACUATION INCIDENT AT HONOLULU, HAWAII, ON NOVEMBER 16, 1984

TRANSFER ORDER*

This litigation presently consists of six actions pending in four federal districts: two actions each in the Central District of California and Eastern District of New York and one action each in the District of Hawaii and District of Massachusetts. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by a defendant, the Timken Company (Timken), to centralize this litigation in the Central District of California for coordinated or consolidated pretrial proceedings. Three other defendants as well as plaintiffs in one action agree upon the desirability of or do not oppose Section 1407 transfer, although some of them suggest another transferee district. Along with Timken, the Boeing Co. agrees that the actions should be centralized in the California forum. United Airlines, Inc. (United) and plaintiffs in one New York action suggest centralization in the Eastern District of New York. The B.F. Goodrich Co. (Goodrich) neither supports nor opposes transfer; if the Panel deems centralization appropriate, Goodrich favors the California forum as transferee district. The Allied Corp. (Allied), in the event of Section 1407 transfer, asks the Panel to separate and remand any claims against Allied to their original district; alternatively, Allied supports centralization in the New York forum.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Central District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions arise from the November 16, 1984 takeoff/evacuation incident involving United's Flight 194 bound for Los Angeles, California, from Honolulu, Hawaii, in which numerous persons were injured, and share factual questions concerning the cause or causes of the incident. Transfer under Section 1407 is desirable in order to avoid duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

---

\* Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

We are persuaded that the Central District of California, where two actions are already pending, is the appropriate transferee forum. We note that while no district is convenient for every party and all witnesses, the California forum serves the convenience of many parties and potential witnesses in light of the facts that 1) the aircraft was enroute to Los Angeles; 2) many of United's crew allegedly reside near or pass through Los Angeles; 3) the wheel assembly, asserted as a focal point of discovery, was installed on the aircraft in California; and 4) the maintenance base for the aircraft was apparently in California.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Central District of California be, and the same hereby are, transferrred to the Central District of California and, with the consent of that court, assigned to the Honorable Pamela A. Rymer for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-695</u> -- In re Takeoff/Evacuation Incident at Honolulu, Hawaii, on November 16, 1984

### Central District of California

<u>Lucille Newman v. United Airlines, Inc., et al.</u>, C.A. No. CV85-3145-PAR(Mcx)

<u>Ralph Marx, et al. v. United Airlines, Inc., et al.</u>, C.A. No. CV85-7423-PAR(Mcx)

### District of Hawaii

<u>Thomas Canaday, et al. v. United Airlines, Inc., et al.</u>, C.A. No. 85-0444

### District of Massachusetts

<u>Dennis Szymezak v. United Airlines, Inc.</u>, C.A. No. 86-852-K

### Eastern District of New York

<u>Margaret Barkley, et al. v. United Airlines, Inc., et al.</u>, C.A. No. CV85-1637(JBW)

<u>Virginia Basham, et al. v. United Airlines, Inc.</u>, C.A. No. CV86-867(JBW)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

SEP -7 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 695

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TAKEOFF/EVACUATION INCIDENT AT HONOLULU, HAWAII, ON NOVEMBER 16, 1984

ORDER REASSIGNING LITIGATION

The actions in the above litigation have been reassigned to the Honorable Robert Bonner in accordance with the Local Rules for the United States District Court for the Central District of California.

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable Robert Bonner for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE PANEL:

Andrew A. Caffrey
Chairman